fraudulent inducement to contract upon a showing that factual misrepresentations, apart from a false promise to perform under the contract, were made and justifiably relied on by a contracting party to its detriment. *(See, e.g., Hoke v Shanker,* 108 AD2d 1065 [3d Dept 1985].)* Plaintiff has, however, alleged no cause of action for fraud in the inducement, nor was there proof that plaintiff justifiably relied on misrepresentations by Rabin when it decided to contract with him and his corporations. Concur—Murphy, P. J., Kupferman, Ross, Carro and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GREICO, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), rendered on January 25, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sandler, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS CASALINI, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), rendered on January 23, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sandler, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER DE LUTRO, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), rendered on January 23, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sandler, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT PALMIERI, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), rendered on January 23, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sandler, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ACCURSIO LICATA, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), rendered on January 23, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings